The People of the State of New York, Respondent,
against
Lance Stuart, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Joanne B. Watters, J.), rendered October 25, 2017, convicting him, upon his plea of guilty, of forcible touching, and imposing sentence.




Per Curiam.
Judgment of conviction (Joanne B. Watters, J.), rendered October 25, 2017, affirmed. 
Defendant's guilty plea constituted a forfeiture of his statutory speedy trial claims (see People v O'Brien, 56 NY2d 1009 [1982]), as well as his related claim that the court improvidently denied his request for an adjournment to research a legal issue related to the speedy trial motion. In any event, the claims are without merit.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concurI concurI concur
Decision Date: April 11, 2019